**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
Maksim Sunelik,

Petitioner,

-against-

Raul Maldonado, Jr., Kenneth Genalo, David Venturella, Markwayne Mullin, and Todd Blanche,

Respondents.
--------------------------------------------------------------X

**ORDER**

No. 26-CV-5127 (RER)

**RAMÓN E. REYES, JR., District Judge:**

The petition for writ of habeas corpus (ECF No.1) is granted, with a decision to follow. Petitioner, Maksim Sunelik (Alien Number 216-736-016), is to be released no later than **5:00 P.M. on Friday, September 4, 2026**. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on Tuesday, September 8, 2026**.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 4, 2026
Brooklyn, New York