# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** September 8, 2026 **Time in Court:** 26 mins.

**Docket Number:** 26-cv-05127

**Case Title:** Maksim v. Maldonado et al.

**Court Reporter:** N/A **Time Log:** # RER WebEx Audio

**Law Clerk:** LFJ

**Plaintiff(s)/Petitioner represented by:** Sergey Risko

**Defendant(s)/Respondent represented by:** Alexandra Megaris

**Type of Hearing Held:** Conference

**Pending Motion(s):** [2] Temporary Restraining Order

**TEXT:**

Case called. Sergey Risko appeared for Petitioner. Alexandra Megaris appeared for the government. Discussion held. In light of Petitioner's release on bond, the Court's [11] prior order granting Petitioner's [1] Writ of Habeas Corpus is vacated. Petitioner's [1] Writ of Habeas Corpus and [2] Motion for Temporary Restraining Order are deemed moot. The Clerk of Court is directed to close the case.

Contact the ESR Dept at (718) 613-2590 to order the transcript.